AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Siler, Eugene E | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>06/20/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>310 South Main Street, Ste 333<br>London, KY 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Executor | Estate #2 |
| 3. Executor | Estate #3 |
| 4. Trustee | Trust #1 |
| 5. Trustee | Trust #2 |
| 6. Administrative Board Member | Baptist Regional Medical Center, a part of Baptist Healthcare System, Inc. |
| 7. Director | Baptist Healthcare System, Inc. |
| 8. Director | National Institute for Homeland Security, Inc. |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE    2007 JUN 21 A 11: 53    RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | William and Mary Law School | February 16-19. Williamsburg, VA. Lodging, food. Moot court. |
| 2. | Baptist Healthcare System, Inc. | March 19-24. La Quinta, CA. Tuition, travel, lodging, food. Healthcare seminar. |
| 3. | Baptist Healthcare System, Inc. | March 28. Louisville, KY. Mileage, food. Board meeting. |
| 4. | George Mason Law School | May 31-June 4. Monterey, CA. Travel, lodging, food. Legal Seminar. |
| 5. | Baptist Healthcare System, Inc. | June 25-27. Lexington, KY. Travel, lodging, food. Board meeting. |

| | | Date of Report |
|---|---|---|
| | Name of Person Reporting | 06/20/2007 |
| | Siler, Eugene E | |

6.  National Institute for Homeland Security, Inc.

August 8. Somerset, KY. Travel. Board meeting.

7.  FREE and Montana State University

August 13-18. Gallatin Gateway, MT. Travel, lodging, food. Legal seminar.

8.  Baptist Healthcare System, Inc.

December 3-5. Louisville, KY. Travel, lodging, food. Board meeitng.

9.

10.

11.

12.

13.

14.

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E | 06/20/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 21. | M |
| 2. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 23. | L |
| 3. | First State Financial (Formerly Town and Country Bank) | Mortgage on hunting preserve, Whitley County, KY. Part VII, line 20 | K |
| 4. | Community Trust Bank | Mortgage on rental property. Whitley County, KY. Part VII, line 25 | L |
| 5. | Community Trust Bank | Guarantor on ▮ student loan. | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Community Trust Bank (Common Stock) | C | Dividend | M | T | | | | | |
| 2. Community Trust Bank Account | A | Interest | J | T | | | | | |
| 3. IDEARC (Common Stock) | | None | J | T | Spinoff | 11/20 | J | A | |
| 4. KY Mine Supply (Common Stock) | A | Dividend | J | W | | | | | |
| 5. Verizon (Common Stock) | C | Dividend | L | T | | | | | |
| 6. Wyeth (Common Stock) | B | Dividend | L | T | | | | | |
| 7. Exxon Mobil (Common Stock) | D | Dividend | O | T | | | | | |
| 8. Chevron (Common Stock) | B | Dividend | K | T | | | | | |
| 9. Regions Financial (Common Stock)<br>(Formerly Am. South Bank) | D | Dividend | M | T | Merger | 11/06 | M | A | |
| 10. Am. Funds (Mutual IRA) | A | Dividend | K | T | | | | | |
| 11. 1/3 undivided interest in real estate ▮▮▮▮(Whitley Co., KY) | | None | J | S | | | | | |
| 12. Community Trust Bank (NOW) Trust #2 | A | Interest | J | T | | | | | |
| 13. ▮▮▮▮▮▮ - Trust #2 . Whitley Co., KY. | E | Royalty | L | S | | | | | |
| 14. Community Trust Bank, Trust #2 (Pfd. Stock) | B | Interest | K | T | | | | | |
| 15. Community Trust Bank, Estates 1&2 Accounts | A | Interest | J | T | | | | | |
| 16. Community Trust Bank Trust #1 Account | A | Interest | J | T | | | | | |
| 17. Community Trust Bank, Estate #3 Account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Farmers Bank & Capital, Estate #3 Account, CD | A | Interest | J | T | | | | | |
| 19. Hilliard & Lyons (gov't. securities) Trust #2 | A | Interest | J | T | | | | | |
| 20. Flying Rooster Farm, Inc. (Common Stock) | | None | K | U | | | | | |
| 21. Rental Prop. No. 1, Whitley Co., KY (Purchase 2002 $128,000) | D | Rent | M | R | | | | | |
| 22. Hilliard & Lyons (Unit Investment Trust) Trust #2 | A | Dividend | J | T | Redemption | 05/19 | J | A | |
| 23. Rental Prop. No.2, Whitley Co., KY. (Purchase 2004 $70,000) | B | Rent | L | R | | | | | |
| 24. Procter & Gamble (Common Stock) | A | Dividend | K | T | | | | | |
| 25. Rental Prop. No. 3, Whitley Co., KY. (Purchase 2006 $75,000) | | None | L | R | Buy | 08/08 | L | | E.L. & Norma Ballou |
| 26. US Bancorp (Common Stock) Trust #2. | A | Dividend | K | T | Buy | 05/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Siler, Eugene E | 06/20/2007 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From VII - Investments

Lines 3 & 9 - Am. South Bank stock was acquired by Regions Financial on 11/06/06. The IDEARC stock was a spinoff from Verizon on 11/20/06. No gain was effected in either.

Line 4 - Value of Kentucky Mine Supply stock derived from appraisal in 2005 by corporate officer.

Line 11 - Assessed value is at 100%. Total assessed value is $14,110. My part is 1/3, or $4,703.

Line 13 - As royalties were paid, they were deposited into bank. Assessed value for gas leases is at 100% and at $71,535.

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | 06/20/2007 |
| Siler, Eugene E | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date June 20, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544